**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**INTEGRA BANK N.A.,**

        **Plaintiff,**

**-vs-**     Case No.  6:06-cv-1952-Orl-19DAB

**LOUIS J. PEARLMAN, TRANS CONTINENTAL AIRLINES, INC.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD (Doc. No. 23)**
>
> **FILED:** February 5, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Counsel's claim of inability to communicate with "the client's" [sic] is without merit. To the extent counsel has appeared of record on the docket and with respect to the preliminary injunction hearing and filed the instant motion on their behalf, he must have communicated sufficiently to receive authority to do so. Moreover, there is no factual basis pled for this unavailability.[1] The

---

[1] Indeed, Mr. Pearlman has had time to write a "My Word" column for The Orlando Sentinel, published February 4, 2007, regarding "the current financial challenges" faced by Trans Continental Airlines. *See* http://www.orlandosentinel.com/news/opinion/orl-myword04b07feb04,0,4216253.story.

motion is **denied.** Defendants shall have until February 13, 2007 in which to respond to the Amended Complaint.

> **MOTION:** **MOTION FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 26)**
>
> **FILED:** **February 9, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice should Defendants fail to respond within the time limit set above**.

**DONE** and **ORDERED** in Orlando, Florida on February 12, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record